| | |
|---|---|
| **From:** | David P. Frantz <dpf@zrlaw.com> |
| **Sent:** | Monday, July 25, 2016 10:49 AM |
| **To:** | Brendan Healy |
| **Cc:** | Jeffrey J. Wedel; Emilie M. Carver; Christopher Thorman |
| **Subject:** | Keck/CCF -- Subpoenas |
| **Attachments:** | Keck v. CCF - AT&T Subpoena.pdf; Keck v. CCF - Verizon Subpoena.pdf |

Brendan:

Attached please find the subpoenas to Verizon and AT&T. Please excuse my oversight. We are agreeable to extending the response deadline to August 8th.

Thanks,
Dave



**David P. Frantz**
Attorney at Law

Ernst & Young Tower
950 Main Avenue, 4th Floor
Cleveland, Ohio 44113
p: 216.696.4441 f: 216.696.1618

Bio | Newsletter    zrlaw.com |

This email and any attachments contain confidential information from the law firm of Zashin & Rich Co., L.P.A. They are intended only for viewing by the named recipient. If that is not you, do not read this email, and notify Zashin & Rich Co., L.P.A. immediately at 216-696-4441. Any viewing, distribution, or copying of this e-mail or its attachments by persons other than the named recipients is prohibited.



EXHIBIT 3